UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD BULLOCK, individually and as Administrator of the Estate of ROBERTA BULLOCK, deceased,** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) Case No. 05-cv-4063-JPG ) |
| **THE UNITED STATES OF AMERICA and MARSHALL BROWNING HOSPITAL ASSOCIATION d/b/a MARSHALL BROWNING HOSPITAL, a corporation,** | ) ) ) ) ) ) |
| **Defendants.** | ) ) |

## ORDER OF DISMISSAL

**GILBERT, District Judge**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed without prejudice, without costs and with the right to reopen the action if settlement is not consummated within sixty (60) days. The dismissal will be with prejudice sixty (60) days after the date of this Order. The Court retains jurisdiction over this matter for the purposes of settlement enforcement.

**IT IS SO ORDERED.**

**Dated: July 20, 2006**

                                                    s/ J. Phil Gilbert
                                                    **U. S. District Judge**