UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD BULLOCK, individually and as Administrator of the Estate of ROBERTA BULLOCK, deceased,** | ) ) ) ) |
| **Plaintiff,** | ) ) |
| vs. | ) Case No. 05-cv-4063-JPG ) |
| **THE UNITED STATES OF AMERICA and MARSHALL BROWNING HOSPITAL ASSOCIATION d/b/a MARSHALL BROWNING HOSPITAL, a corporation,** | ) ) ) ) ) ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that:

1. all motions pending in this case are denied as moot; and
2. this case is dismissed with prejudice, without costs.

**Dated:** November 29, 2006

**NORBERT JAWORSKI, CLERK**

**by:s/Deborah Agans, Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
    **U. S. DISTRICT JUDGE**